IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-00134-CG |
| | ) | |
| **RAYFIELD SNOWDEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the court on the Defendant's Motion to Dismiss Indictment (Doc. 70), and the United States' response thereto (Doc. 72).

Upon due consideration and in accordance with this Court's Order (Doc. 19), the motion is **GRANTED**. Accordingly, the Indictment against Rayfield Snowden filed on June 25, 2015, is hereby **DISMISSED**. It is further **ORDERED** that Rayfield Snowden be and is hereby released from pretrial supervision.

**DONE and ORDERED** this 13th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE